## APPENDIX 2 THE DISCHARGE LETTER
USNS FISHER

From: Master                                                                 23 Sept. 2005

To: Donald Hamrick, Able Seaman

Subj: *Discharge for Cause*

    Mr. Donald Hamrick reported aboard the Vessel in Souda Bay Crete on 13 September 2005. On 14 September 2005 during Mr. Hamrick's 1200 to 1600 watch the Master observed Mr. Hamrick sitting down on watch. The Master advised the third officer John Duhrkoff that we are not going to start a precedence of having the watchstanders sitting down on watch.

    At the completion of his watch the third mate informed the Master that hamrick had a medical condition, "curvature of the spine", that made him unable to stand for prolonged periods of time. The Master being informed of this condition summoned Mr. Hamrick to his office in the presence of the chief officer and the third officer to inquire of his medical condition. Previous to this the Master contacted AMSEA marine personnel office for guidance. Marine personnel gave the Master the option that if Mr. Hamrick's medical condition rendered him incapable of performing his duties AMSEA would send Mr. Hamrick home mutual consent and pay his transportation expenses.

    After being informed of this Mr. Hamrick informed the Master that he was capable of standing his watch and he did not have curvature of the spine just quote "a big beer belly" end quote.

    Seeing that Mr. Hamrick was attesting that he would stand his watch and perform the duties required of him as an able seaman aboard the vessel the Master deem in Mr. Hamrick's favor.

    Thursday 22 September 2005, while on your 1200 to 1600 watch you approached the third officer John Duhrkoff and requested to leave the bridge to go to the ship's store, "slop chest". The third officer informed you, you could not go. After returning out of the chart room the third officer noticed you missing. You soon returned to the bridge with snack food. When the third officer asked where you had been you reported the slop chest.

    You as a[n] able seaman should know the importance of maintaining a vigilant lookout and being available for the helm.

    This situation of your disobedience of staying on the bridge for your watch was jut brought to my attention today.

    For the above said dereliction of your duties you are here by discharged from any further and all duties aboard my vessel.

    You are reprimanded to your quarters and will stay there with the exception of meal hours where you will travel between the messroom and your room on the 02 level utilizing only the elevator until your departure tomorrow 24 September 2005.

    Any disobedience in this order will be reflected in the official log book and reported to the USCG Marine Safety Office.

(signature)

Robert C. Wattam / Master

USNS FISHER

c/c AB Hamrick, Bosun Daranda, CM Clements, 3M Duhrkoff, AMSEA, Official Log

**05 1993**

**FILED**

**OCT - 7 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# APPENDIX 3 PLAINTIFF'S LETTER REQUESTING MILITARY REVIEW

(Original letter was handwritten on yellow legal pad of paper)

From: AB Don Hamrick

To: MA1 Frankinfield[2]

I request a meeting with the Commanding Officer of Base Operations before my departing flight to contest my firing and to report the existence of child porn on a U.S. Gove4rnment computer used for crew email which existed on that computer for 5 years.

It is my allegation that my reporting of the existence of child porn (5 years on the computer) and posting a notice in the Marquee screensaver that the photos are evidence of a crime subject to investigation by the U.S. Coast Guard (28 U.S.C. 2114) caused my firing under pretext of other circumstances based on misperception of actual facts.

The intent of the meeting with the C.O. is to give probable cause for the master of USNS to reconsider the firing as an extreme example of miscommunication by all parties.

Otherwise the matter will become a civil case in a U.S. Distrit Court with possible JAG and NCIS involvement in a separate complaint (i.e., forwarding copy of civil complaint with letter of inquiry for investigation.)

Child porn on a ship of the U.S. Gov't is a federal crime, regardless of the ingnorance involved. If the photo in question has been erased after I made proper notification that the photo was to be evidence for a Coast Guard investigation then that is also a crime of "destroying evidence."

This matter has become a complicated case of U.S. civil and military law simply because I used my expertise in computers to uncover and report a federal crime. My reward is a firing off this ship. Hence a violation of my civil rights, and my Equal Employment Opportunity rights.

Respectfully,

*[signature]*

Don Hamrick

P.S.

I need a copy of this request for my civil case in a U.S. District Court.

---

[2] Master-at-Arms First Class Frankinfield was the NCO in command of the U.S. Navy security detachment aboard USNS FISHER. He delivered the letter to the master of USNS. The master denied my request on the basis that the Commanding Officer of the U.S. forces in Kuwait does not have jurisdiction over this matter.

FILED
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT