United States District Court
For the District of Columbia

FILED
OCT - 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Don Hamrick, U.S. Merchant Seaman )
    5860 Wilburn Road )
    Wilburn, AR 72179 )
        Petitioner )
 )
v. )
 )
Vice Admiral David L. Brewer III, USN )
Commander )
Military Sealift Command )
914 Charles Morris Ct. SE )
Washington Navy Yard, DC 20398-5540 )

Peter Lawrence, President
American Overseas Marine
General Dynamics
116 E. Howard St.,
Quincy, MA 02169
Fax Number: (617) 773-4436

● Robert C. Wattam, Master )
USNS FISHER )
(Address refused) )
 )
      Respondents )

CASE NUMBER  1:05CV01993

JUDGE: Henry H. Kennedy

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/07/2005

# SEAMAN'S SUIT

## MOTION FOR THE COURT TO APPOINT A U.S. MARSHAL, DEPUTY U.S. STATES MARSHAL, OR OTHER PERSON OR OFFICER TO EFFECT SERVICE OF SUMMONS WITH THE COMPLAINT UPON THE RESPONDENTS ON THE BASIS THAT THE ONE OF THE RESPONDENTS REFUSED TO PROVIDE HIS ADDRESS TO THE PLAINTIFF AND BECAUSE THE PLAINTIFF CANNOT AFFORD THE COST OF SERVICE OF SUMMONS AND IS AUTHORIZED TO PROCEED AS A SEAMAN UNDER 28 U.S.C. § 1916.

3

Plaintiff is a U.S. Merchant Seaman, filing a 28 U.S.C. § 1916 Seaman's Suit in Plaintiff's own name for the enforcement of Petitioner's constitutional rights for safety and security and for other purposes under the United States Constitution.



It is because the noted ● hostile Respondent refused to provide the Plaintiff with his individual mailing address that there would be an increase in the cost of service of Summons with the Complaint imposed upon the Plaintiff in their attempt to avoid litigation. The Plaintiff hereby motions the Court to appoint a U.S. Marshal, a Deputy U.S. Marshal, or Other Person or Officer to effect service of summons with the complaint upon *all* Respondents.

Respectfully submitted

Don Hamrick

2