UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DON HAMRICK,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DAVID L. BREMER, III, et al.,**<br><br>　　　　　　**Defendants.** | Civil Action 05-01993 (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 20th day of October, 2005, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Court