# United States District Court
# For the District of Columbia

Don Hamrick, U.S. Merchant Seaman )
5860 Wilburn Road )
Wilburn, AR 72179 )
    Petitioner )
)
v. )
) CIVIL COMPLAINT NO. 05-1993(HHK)
Vice Admiral David L. Brewer III, USN )
Commander ) Judge Henry H. Kennedy
Military Sealift Command )
914 Charles Morris Ct. SE )
Washington Navy Yard, DC 20398-5540 )
)
Peter Lawrence, President )
American Overseas Marine )
General Dynamics )
116 E. Howard St., )
Quincy, MA 02169 )
Fax Number: (617) 773-4436 )
)
Robert C. Wattam, Master )
USNS FISHER )
(Address refused) )
)
    Respondents )

FILED CHARLOTTE, N.C. OCT 28 2005 U.S. DISTRICT COURT W. DIST. OF N.C.

## NOTICE OF APPEAL

In accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure notice is hereby given that I, Don Hamrick, a U.S. Merchant Seaman and a U.S. citizen, hereby appeal Judge Kennedy's dismissal to the U.S. Court of Appeals for the District of Columbia Circuit.

In accordance with Rule 10 of the Federal Rules of Appellate Procedure Petitioner submits the original papers, motions, statements, request for admissions (if any) and exhibits filed (if any), transcripts of proceedings (if any), and a certified copy of the docket entries prepared by the district clerk, for appeal.

Petitioner, being a U.S. Merchant Seaman, is exempt under 28 U.S.C. § 1916 from paying the filing fee for this Notice of Appeal, [see Rule 3(e), PAYMENT OF FEES], as the above named case is a Seaman's Suit for wages and damages. It is the duty of the Clerk for the U.S. District Court for DC to inform the DC Circuit of this statutory right of exemption and advise the DC Circuit not to impose the filing fee upon this Plaintiff-Appellant.

The statute, 28 U.S.C. § 1916 reads in full:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

The Plaintiff requests that the Clerk of the District Court for DC use "back door" channels of communications with the Clerk of the DC Circuit and strong encourage the Clerk to review the Plaintiff's payments of the DC Circuit's filing fees in Plaintiff's Case Nos. 02-5334 **($105)**, 03-5021 **($105)**, and 04-5316 **($255) = $465**.

The U.S. Supreme Court also coerced the Plaintiff into paying their filing fee in Case Nos. 03-145 **($300)**, and 04-1150 **($300) = $600**.

Plaintiff construes these coerced payments totaling **$1065** as extortion under 18 U.S.C. 872, EXTORTION BY OFFICERS OR EMPLOYEES OF THE UNITED STATES.

**The Plaintiff DEMANDS the refund of these extorted payments.**

Don Hamrick
5860 Wilburn Road
Wilburn, AR 72179

Service to Attorney General + Solicitor General made on Oct 27, 2005

2