# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 05-5429**  **September Term, 2005**

05cv01993

Filed On:

Don Hamrick,
    Appellant

v.

David L. Brewer, III, Vice Admiral, Commander,
Military Sealift Command, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAY 18 2006

CLERK

## ORDER

By order filed March 2, 2006, appellant was directed to either pay the filing and docketing fee or file a motion to proceed on appeal in forma pauperis on or before April 3, 2006. To date, appellant has not complied with the Court's March 2, 2006 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Linda Jones
Linda Jones
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/10/06
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk